UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 11, 2024

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:**   22-4087, Kane County, et al v. United States, et al
Dist/Ag docket: 2:10-CV-01073-CW

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 4, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:  John Edward Bies
     Stephen Bloch
     Tijana Brien
     Kaitlin T. Davis
     Kathy A. Davis
     John Dwyer
     Kathleen R. Hartnett
     Trevor J Lee
     Mitch Longson
     Stanford E. Purser
     Sydney Jo Sell
     Shawn T. Welch
     Michelle White

CMW/at