FILED
United States Court of Appeals
Tenth Circuit

March 4, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| KANE COUNTY, UTAH,<br><br>    Plaintiff - Appellee,<br><br>STATE OF UTAH,<br><br>    Intervenor Plaintiff - Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant - Appellee,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE; SIERRA CLUB; THE WILDERNESS SOCIETY; GRAND CANYON TRUST,<br><br>    Movants - Appellants. | No. 22-4087<br>(D.C. No. 2:10-CV-01073-CW)<br>(D. Utah) |

_____

### JUDGMENT
_____

Before **PHILLIPS**, **KELLY**, and **ROSSMAN**, Circuit Judges.
_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is reversed in part and affirmed in part. The case is

remanded to the United States District Court for the District of Utah for further proceedings in accordance with the opinion of this court.

                                          Entered for the Court

                                          CHRISTOPHER M. WOLPERT, Clerk